IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-cr-00111-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CARRINGTON ALLEN SCOTLAND,<br><br>    Defendant. | ORDER |

This matter is before the court sua sponte. On October 18, 2023, the court granted Defendant's motion for a competency evaluation pursuant 18 U.S.C. § 4241.

"For the purposes of an examination pursuant to an order under section 4241 . . . the court may commit the person to be examined for a reasonable period, but not to exceed thirty days . . . ." *Id.* § 4247(b). "The director of the facility may apply for a reasonable extension, but not to exceed fifteen days under section 4241, . . . upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant." *Id.*

The record does not reflect receipt of a competency evaluation, nor has the director of the facility evaluating Defendant submitted a request for an extension of the evaluation period. The United States shall file the competency evaluation on or before March 11, 2024.

SO ORDERED this 12th day of February, 2024.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE